UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Jumille Franklin, | ) | CASE NO. 1:14CV1163 |
| Plaintiff, | ) ) | JUDGE JOHN R. ADAMS |
| vs. | ) ) ) | **MEMORANDUM OF OPINION** |
| Mansfield City School District et al., | ) ) | **AND ORDER** |
| Defendants. | ) ) | **(Resolves Doc. 69)** |

Pending before the Court is Defendants' motion for summary judgment. Doc. 69. The matter was fully briefed and referred to a Magistrate Judge for a Report and Recommendation. On October 30, 2015, the Magistrate Judge issued his Report and recommended granting the motion with respect to the federal claims and then declining to exercise jurisdiction over the remaining state law claims. Doc. 87. No party has filed objections to the Report.

The Federal Magistrates Act requires a district court to conduct a *de novo* review only of those portions of a Report and Recommendation to which the parties have made an objection. 28 U.S.C. § 636(b)(1)(C). Parties must file any objections to a Report and Recommendation within fourteen days of service. *Id*. Failure to object within this time waives a party's right to appeal the magistrate judge's recommendation. Fed. R. Civ. P. 72(a); *see also Thomas v. Arn*, 474 U.S. 140, 145 (1985);*United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981). Absent objection, a district court may adopt the Magistrate's report without review. *See Thomas*, 474 U.S. at 149. Moreover, having conducted its own review of the parties' briefs on the issue, the Court agrees with the conclusions of the Magistrate Judge.

Consistent with the Report, Defendants' motion for summary judgment is GRANTED with respect to the federal claims asserted by Plaintiff Jumille Franklin. The Court declines to exercise supplemental jurisdiction over the remaining state law claims. Accordingly, those state law claims are hereby dismissed without prejudice. This matter is hereby closed.

IT IS SO ORDERED.


DATE: November 18, 2015       */s/ John R. Adams*_____
                              Judge John R. Adams
                              UNITED STATES DISTRICT COURT